IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GAYLE PUNCHIOS, )
        Plaintiff, )
)
vs )  Civil Action No. 07-865
)
OWENS BROCKWAY, a corporation, )
        Defendant. )

O R D E R

AND NOW, this 17th day of March, 2008, after the plaintiff filed a complaint in the above-captioned case, and after the defendant submitted a motion to dismiss the complaint, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, as well as the defendant's response to those objections, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendant's motion to dismiss the complaint (Document No. 11) is granted.

                                                          _____
                                                          United States District Judge

cc: All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge